No. 699. SWENT ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. January 6, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit

802

denied. *Nathan Moran* for petitioners. *Acting Solicitor General Washington, Sewall Key* and *J. Louis Monarch* for respondent.